THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Stephanie C.
 and Gabriel D., Defendants,
 Of whom,
 Stephanie C. is the Appellant.
 In the interests of two minor children under the age of 18.      
 
 
 

Appeal From Horry County
  Wylie H. Caldwell, Jr., Family Court
Judge

Unpublished Opinion No. 2010-UP-353
 Submitted June 1, 2010  Filed July 7,
2010   

AFFIRMED

 
 
 
 Sally Ward Peace, of Conway, for Appellant.
 Tonia E. Medrick, of Conway, for Respondent.
 John C. Thomas, of Conway, Guardian Ad Litem.
 
 
 

PER CURIAM:  Stephanie C. (Mother) appeals from the
 family court's order terminating her parental rights to her minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record,
 Mother's pro se brief, and the family court's findings of fact and conclusions
 of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381
 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm[1] the family court's ruling.  
AFFIRMED.
WILLIAMS and
 KONDUROS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.